IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANITA TIA ALLEN,
    Plaintiff,

vs.                                    Case No. 5:18cv119/MCR/EMT

NANCY A. BERRYHILL,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This action was initiated on May 17, 2018, under the Social Security Act, to obtain judicial review of Defendant's final decision denying Plaintiff's claim for benefits (ECF No. 1). On May 22, 2018, this court entered an order giving Plaintiff thirty (30) days in which to pay the $400.00 filing fee (ECF No. 4). On June 22, 2018, after Plaintiff had failed to respond to the order, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for her failure to comply with an order of the court (ECF No. 5). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of July 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.